1
2
3
4
5
6
7
8              **IN THE UNITED STATES DISTRICT COURT**
9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| JOSHUA BLAND, | No. 2:20-CV-0715-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| DEREK COX, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 31, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 31, 2022, are adopted in full;

2. Plaintiff's Fourteenth Amendment claim be dismissed for failure to state a claim;

3. This action proceed on the second amended complaint on Plaintiff's Eighth Amendment claims against all named defendants; and

4. This matter is referred back to the assigned Magistrate Judge for further proceedings.

Dated: March 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE