IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>DEREK COX, et al.,<br><br>    Defendants. | No. 2:20-CV-0715-WBS-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's filing captioned "Wit for Adequate Remedy at Law (28 USCA Sect. 1333)." ECF No. 27.

       It is not clear what relief Plaintiff seeks by way of this filing. In any event, 28 U.S.C. § 1333 provides that the district courts shall have original jurisdiction over admiralty cases and cases seeking condemnation of property brought into the United States as a prize. Neither situation is applicable in this civil rights case.

       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to terminate ECF No. 27 as a pending motion.

Dated: March 29, 2023

                                               DENNIS M. COTA
                                               UNITED STATES MAGISTRATE JUDGE