**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA BLAND, | No. 2:20-CV-0715-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| DEREK COX, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 7, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. Although plaintiff's most recent change of address notice listed the physical address of Kern Valley State Prison, the Clerk appropriately served the findings and recommendations on plaintiff at the mailing address for that facility. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 7, 2025, ECF No. 48, are adopted in full.

2. Plaintiff's motions for injunctive relief, ECF Nos. 46 and 47, are denied.

3. This matter is referred back to the assigned Magistrate Judge for further proceedings.

Dated:  August 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE