IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA BLAND,** | Case No. 2:20-cv-0715-WBS-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **COX, et al.,** | |
| Defendants. | |

Defendants requested an extension of time to file their dispositive motion. <u>See</u> ECF No. 51. Having read and considered Defendants' request and the declaration of Defendants' counsel supporting the request, and good cause appearing, Defendants' motion is GRANTED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1     Defendants may file and serve a dispositive motion on or before October 16, 2025,
2 Plaintiff shall file an opposition to Defendant's dispositive motion twenty-eight days after the
3 motion is filed and served, and Defendant may reply within fourteen days after the opposition is
4 filed and served.
5     IT IS SO ORDERED.

7     Dated:  September 15, 2025

    DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE