IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA BLAND,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**COX, et al.,**<br><br>                                    Defendants. | Case No. 2:20-cv-0715-WBS-DMC-P<br><br>**ORDER** |

Good cause appearing based on defense counsel's declaration indicating the need for additional time to prepare a reply brief due to counsel's recent appearance in the case, Defendants' first request for an extension of time to file a reply in support of their motion for summary judgment, ECF No. 59, is GRANTED.  Defendants shall file their reply on or before January 12, 2026.

**IT IS SO ORDERED.**

**Dated:  December 12, 2025**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE